JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSE GRAFAL-QUINONES,

             Defendant.

- - - - - - - - - - - - - - - - - -X

**M-11-930**

C O M P L A I N T

(T. 21, U.S.C.,
§§ 841(a)(1) and
841(b)(1)(B)(ii)(II)

EASTERN DISTRICT OF NEW YORK, SS:

        KEVIN WARD, being duly sworn, deposes and states that

he is a Detective with the Port Authority Police Department,

deputized to the Drug Enforcement Administration Task Force, duly

appointed according to law and acting as such.

        Upon information and belief, on or about September 15,

2011, within the Eastern District of New York and elsewhere, the

defendant JOSE GRAFAL-QUINONES did knowingly, intentionally and

unlawfully possess with intent to distribute a substance

containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(ii)(II)).

        The source of your deponent's information and the

grounds for his belief are as follows:[1]

---

[1]    Because the purpose of this affidavit is merely to establish
probable cause, I have not set forth all of the facts and
circumstances of which I am aware.

2

1.   On or about September 15, 2011, the defendant JOSE GRAFAL-QUINONES arrived at JFK International Airport ("JFK") in Queens, New York aboard American Airlines flight no. 1416 from San Juan, Puerto Rico.

2.   Law enforcement officers approached the defendant JOSE GRAFAL-QUINONES in Terminal 8 of JFK.  After identifying themselves and asking the defendant a series of routine questions, the law enforcement officers asked the defendant if the carry-on bag he was carrying was his own and if he had packed it himself.  He responded affirmatively to both questions. The law enforcement officers then asked the defendant for consent to search the carry-on bag.  The defendant gave consent.

3.   The search of the defendant's carry-on bag revealed, among other things, 2 bricks containing a white, powdery substance that field-tested positive for the presence of cocaine.  The approximate gross weight of the bricks recovered from the defendant's luggage is 2.5 kilograms.

4.   The defendant JOSE GRAFAL-QUINONES was placed under arrest and advised of his Miranda rights, which he waived in writing.  He then stated, in sum and substance, that he knew he was transporting narcotics and that he understood that he would be paid approximately $5,000 for doing so.

3

WHEREFORE, your deponent respectfully requests that the defendant JOSE GRAFAL-QUINONES be dealt with according to law.


KEVIN WARD
Detective
Port Authority Police Department
Drug Enforcement Administration Task Force


Sworn to before me this
16th day of September, 2011

HONORABLE    S / Orenstein
UNITED STA
EASTERN DI